IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| LOREN W. MAY, SR., | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 2:13CV00089-SWW-JJV |
| T. C. OUTLAW: *et al.*, | * |
| | * |
| Defendant. | * |

## ORDER

Pending before the Court is Plaintiff's Application to Proceed Without Prepayment of Fees (Doc. No. 1). However, in his Complaint (Doc. No. 2), Plaintiff asks for reconsideration of the Judgment entered in case number 2:12CV00019-JTK.

Therefore, the Clerk of the Court shall administratively close case number 2:13CV00089-SWW-JJV, and docket the Application to Proceed Without Prepayment of Fees (Doc. No. 1) and Complaint (Doc. No. 2) in case number 2:12CV00019-JTK. The Complaint should be entitled Motion to Reconsider.

IT IS SO ORDERED this 17th day of July, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE